NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000724
28-OCT-2015
10:16 AM

CAAP-12-0000724

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
HERBERT BROWN, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR NO. 03-1-0926)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Summary Disposition Order of the court, filed on September 30, 2015, is hereby corrected as follows:

1. On page 7, in the eleventh and twelfth lines, the phrase "and in resentencing Brown" should be corrected to read, "and in the resentencing of Brown" so that as corrected, the text reads: ". . . and in the resentencing of Brown pursuant to Act 1, the State . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, October 28, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1/] Nakamura, Chief Judge, and Foley and Reifurth, JJ.